Cite as 2021 Ark. 237

# SUPREME COURT OF ARKANSAS

IN RE SUPREME COURT
COMMITTEE ON AUTOMATION

**Opinion Delivered:** December 16, 2021

## PER CURIAM

Grace Gault, District Court Clerk, of Mena; Representative Robin Lundstrum, of Springdale; Honorable Sarah Capp, District Judge, of Ozark; Rashauna Norment, attorney, of Little Rock; and Honorable Rob Wyatt, Circuit Judge, of Pine Bluff are appointed to the Arkansas Supreme Court Committee on Automation for a three-year term to expire on December 31, 2024. We reappoint Candace Edwards, Craighead County Circuit Clerk, of Jonesboro for a three-year term to expire on December 31, 2024.

The court expresses its gratitude to the following outgoing members for their years of valuable service to this commission: Dena Ross, District Court Clerk, of Mena; Scott Braden, Assistant Federal Public Defender, of Little Rock; James Kingsbury, Arkansas State Police; and Honorable Alex Guynn, Circuit Judge, of Pine Bluff.